UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

KENATH RICHARD STEIN,

   Plaintiff,

v.            **ORDER**
             Civil File No. 09-1995 (MJD/JJG)

CHASE HOME FINANCE, LLC,
and NATIONAL CITY BANK,

   Defendants.
_____

Kenath Richard Stein, pro se.

Aleava Rael Sayre, Calvin P. Hoffman, and Marc D. Simpson, Leonard Street and Deinard, PA, Counsel for Defendant Chase Home Finance, LLC.

Ben I. Rust, Peterson, Fram & Bergman, Counsel for Defendant National City Bank.
_____

  The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated January 5, 2010. [Docket No. 31] Plaintiff Kenath Richard Stein filed objections to the Report and Recommendation.

  Pursuant to statute, the Court has conducted a de novo review of the

1

record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated January 5, 2010, with the exception that the Court strikes footnote two, and the second sentence in Section II(D) is amended to read as follows: "The motions for consolidation are identical, except that the motion dated December 15, 2009, seeks consolidation with Hennepin County District Court case file 27-CV-09-17973, and the motion dated December 22, 2009, seeks consolidation with Hennepin County District Court case file 27-CV-09-29825."

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation dated January 5, 2010 [Docket No. 31], with the modifications as set forth above.

2. Plaintiff Kenath Richard Stein's Motion to Strike Notice of Removal [Docket No. 2] is **DENIED**.

3. Plaintiff's Motions to Consolidate Cases [Docket Nos. 26, 28] are **DENIED**.

Dated: February 2, 2010        s/ Michael J. Davis
                               Michael J. Davis
                               Chief Judge
                               United States District Court