# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Kenath Richard Stein,

        Plaintiff,

v.

Chase Home Finance, LLC
and National City Bank,

        Defendants.

Civil No. 09-1995

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiff Kenath Richard Stein's Motion to Restrain Change of Venue (Doc. No. 32) is **DENIED**

Dated: March 31, 2010          s/Michael J. Davis
                                          MICHAEL J. DAVIS
                                          Chief United States District Judge