# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

KENATH RICHARD STEIN,

      Plaintiff,

v.

**ORDER**
Civil File No. 09-1995 (MJD/JJG)

CHASE HOME FINANCE, LLC,
and NATIONAL CITY BANK

      Defendants.

Kenath Richard Stein, pro se.

Ben I. Rust, Peterson, Fram & Bergman, Counsel for Defendant National City Bank.

      The above-entitled matter also comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated November 22, 2010. [Docket No. 220] Stein filed objections to the Report and Recommendation.

      Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the

Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated November 22, 2010.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** Magistrate Judge Jeanne J. Graham's Report and Recommendation dated November 22, 2010 [Docket No. 220].

2. Defendant National City Bank's Motion for Summary Judgment [Docket No. 166] is **GRANTED**, and all claims against Defendant National City Bank are **DISMISSED WITH PREJUDICE**.

3. Defendant's letter request to strike Plaintiff's supplemental filings [Docket No. 229] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 7, 2011     s/ Michael J. Davis
                            Michael J. Davis
                            Chief Judge
                            United States District Court